September 20, 2012



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

THE STATE OF TEXAS, Appellant

NO. 14-12-00403-CR           V.

LAUREN KATHERINE REIS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceeding in accordance with its opinion.

We further order this decision certified below for observance.